IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TIMOTHY PAUL MUEGGE, | : |
| | : |
| Petitioner, | : |
| | : 5:99-CR-23 (CAR) |
| vs. | : |
| | : |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

*ORDER ON THE RECOMMENDATION*
*OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is United States Magistrate Judge Charles H. Weigle's Recommendation [Doc. 52] to deny Petitioner's Motion for Release from Sex Offender Registration because this Court lacks jurisdiction to grant any such relief. Petitioner has filed no objection to the Recommendation. Having reviewed the Recommendation, the Court agrees with its findings and conclusions. Accordingly, the Recommendation [Doc. 52] is hereby **ADOPTED** and **MADE THE ORDER OF THIS COURT**, and Petitioner's Motion for Release from Sex Offender Registration [Doc. 51] is **DENIED**.

**SO ORDERED**, this 20th day of April, 2012.

S/   C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH